# EXHIBIT 7

# M. SHAPIRO REAL ESTATE GROUP

The volume of troubled assets today is unprecedented. Successfully analyzing, evaluating, managing, and disposing of these assets can be a herculean task. The team at M. Shapiro Real Estate Group helps you thoroughly understand and value these properties – most likely your only source of financial recovery – so you can make the best possible decisions about the workout process.

M. Shapiro gives you better, more complete information and deeper insight so that you can make the most advantageous decisions, contain costs, and achieve the greatest value. When you know more, you save more.

We have a proven record of success, going back to the mid-1970s, in the ownership, development, and management of our own real estate. Leveraging this expertise, our consulting practice provides unparalleled services in helping financial institutions deal with troubled assets. This process begins with an in-depth analysis of the property to assess its true value and potential. Using this information, we discover any deficiencies, correct as many as possible, and provide you with the best options for the most favorable disposition of the asset or the associated loan. We also directly manage, sell, and lease properties for clients.

We currently provide active management services for a diverse group of retail, industrial, office, single and multi-family residential properties, and manufactured home communities on behalf of lenders and special servicers or through court-appointed receiverships. In addition, we have facilitated the sale of many bank-owned or receivership properties, ranging from vacant land to residential properties, manufactured home communities, apartment complexes, industrial developments, and retail centers. M. Shapiro provides unmatched experience, expertise, and resources to help lenders contain costs and obtain the most value from each asset.

M.SHAPIRO
REALESTATE GROUP



REAL ESTATE SERVICES

**PROPERTY ANALYSIS**

A comprehensive review and analysis of a property that transcends the scope of typical appraisals; services include on-site inspection, document review, and interviews with key government personnel

**PROPERTY MANAGEMENT**

Services for virtually all types of real estate, including property management reporting, entitlement protection, property tax analysis, risk management analysis and insurance procurement

**RECEIVERSHIP**

Act as court-appointed receiver or chief restructuring officer

**DISPOSITION OF PROPERTY**

Including repositioning of assets, sales, and leasing

**PROPERTY COMPLETION & DEVELOPMENT**

Conversions and construction of all types of commercial, residential, and industrial projects, as well as sewer and water systems

**PROPERTY TAX APPEALS**

Negotiation of assessment reductions with municipal assessors and appearances before tax tribunals

**BROKER OPINIONS OF VALUE**

A quick, comparable estimate for a property

**CUSTOMIZED REAL ESTATE SERVICES**

As requested by our clients

M.SHAPIRO
REAL ESTATE GROUP

M. SHAPIRO REAL ESTATE GROUP HAS PROVIDED CONSULTING, MANAGEMENT, VALUATION, BROKERAGE, AND OTHER VARIOUS SERVICESTHROUGH COURT APPOINTED RECEIVERSHIPS, DIRECT MANAGEMENT OR AS CHIEF RESTRUCTURING OFFICER FOR THE FOLLOWING COMPANIES:

                  

M. SHAPIRO REAL ESTATE GROUP ALSO ACTIVELY WORKS WITH PRIVATE OWNERS, EQUITY FUNDS, AND BANKRUPTCY COURTS THROUGHOUT THE UNITED STATES.

M. SHAPIRO
REALESTATE GROUP

Case 1:26-cv-01788-PLM-RSK    ECF No. 11-8, PageID.589    Filed 06/18/26    Page 6 of 12

# THE M. SHAPIRO ADVANTAGE

M. Shapiro Real Estate Group and its affiliates have over 50+ years of experience in real estate ownership, development, and management. Our diverse portfolio in the U.S. and Canada includes approximately 1 million square feet of retail space, 500,000 square feet of office space, 450,000 square feet of industrial space, several hundred improved single-family residential lots, nearly 2,000 acres of undeveloped land, and 10,000 apartment units in 25 communities. In addition, our 20,000+ mobile home pads place us among the largest private owners of manufactured housing communities in the country, and we own and manage the largest manufactured home community in Canada.

We maintain a dedicated staff of over 500+ professionals nation- wide who provide diversified real estate services, a deep resource of talent that can be called upon to assist the team working on the analysis, management, or disposition of your troubled assets. We also have an established portfolio of strategic alliances that enables us to enhance our services to lenders at a moment's notice.

From thorough property analysis and evaluation to active management of properties on your behalf and facilitating the disposition of assets, M. Shapiro provides you with unmatched experience, expertise, and resources to help you contain costs and obtain the most value from each asset. When you know more, you save more.

M.SHAPIRO
REALESTATE GROUP

# OUR IN-HOUSE TEAM COVERS EVERY ASPECT OF PROPERTY ANALYSIS, MANAGEMENT, AND DISPOSITION:

- Property analysis experts
  - Building and engineering professionals
  - Government regulation specialists
  - Tax professionals
  - Appraisers

- Real estate attorneys
- Certified public accountants
- Title experts
- Specialists in private utilities (septic systems, well houses, and wastewater treatments systems)
- Marketing and advertising professionals

- Regional property managers equipped with sophisticated management tools
- Collections specialists
- Experts in local, state, and federal codes & compliance
- Licensed real estate brokers and agents with experience and expertise in sales and leasing
- IT Specialists, knowledgeable in state-of-the-art property management reporting software
- On-site graphics & website designers
- Civil Engineers
- Risk Management Specialists

M.SHAPIRO
REAL ESTATE GROUP

# PROPERTY MANAGEMENT TEAM

THE PROJECT WILL BE OVERSEEN BY OUR EXPERIENCED MANAGEMENT TEAM:



**MARC BRANDT**
DIRECTOR, ASSET MANAGEMENT




**JIM LATCHA**
DIRECTOR, FACILITIES



**DEBBIE BALAKER**
DIRECTOR, MARKETING AND TRAINING



**KIM CUNNINGHAM**
DIRECTOR, COMPLIANCE AND ONBOARDING



**RUBIN CHRISMAN**
DIRECTOR, OPERATIONS



**AUSTIN SHAPIRO**
DIRECTOR, CLIENT SUCCESS



**SAM MADORSKY**
VICE PRESIDENT



**JASON TOMLINSON**
DIRECTOR, FINANCE AND ACCOUNTING



**MARK KASSAB**
SENIOR VICE PRESIDENT



**NICOLE SLOMINSKI**
DIRECTOR, SALES



# MAINTENANCE AND REPAIRS

OUR TEAM WILL ENSURE ALL ROUTINE AND PREVENTIVE MAINTENANCE TASKS ARE PERFORMED ON TIME AND REPAIR ISSUES ARE ADDRESSED PROMPTLY. A MAINTENANCE SCHEDULE WILL BE ESTABLISHED, AND A QUALIFIED MAINTENANCE CREW WILL BE ASSIGNED TO HANDLE ALL MAINTENANCE AND REPAIR REQUESTS. WE WILL ALSO ESTABLISH RELATIONSHIPS WITH REPUTABLE VENDORS FOR SPECIALIZED SERVICES WHEN NEEDED.

M.SHAPIRO
REALESTATE GROUP



# M.SHAPIRO MARKETING

## BRAND DEVELOPMENT

BRAND STRATEGY
VISUAL IDENTITY & MESSAGING
WEBSITE BEST PRACTICES
PROMOTIONAL SIGNAGE
COLLATERAL
LAUNCH STRATEGY & MEDIA
PR & SOCIAL MEDIA STRATEGY
EVENTS & OUTREACH

## DIGITAL STRATEGY & LEAD GENERATION

MEDIA STRATEGY & ACTIVATION
ANALYSIS & OPTIMIZATION
SEARCH ENGINE OPTIMIZATION
MARKETING CAMPAIGNS
EMAIL CAMPAIGNS
PARTNERSHIPS
VISUAL CONTENT
REPUTATIONMANAGEMENT
WEBSITE OPTIMIZATION

## CORPORATE COMMUNICATIONS

COMMUNICATIONS &
PR STRATEGY
CRISIS PLANNING
CORPORATE SOCIAL
RESPONSIBILITY

## CUSTOMER EXPERIENCE

SURVEYS & DATA INSIGHTS
REFERRALPROGRAMMING
RESIDENT ENGAGEMENT
RENEWALPROGRAMMING
WELCOME HOME COMMITMENT
MOVE-IN PROGRAMMING

## M.SHAPIRO
REALESTATE GROUP



## TECHNOLOGY SOLUTIONS

OUR TEAM WILL ENSURE THAT THE PROPERTY COMPLIES WITH ALL LOCAL, STATE, AND FEDERAL REGULATIONS, INCLUDING FAIR HOUSING LAWS AND BUILDING CODES. WE WILL ALSO IMPLEMENT RISK MANAGEMENT STRATEGIES TO MINIMIZE LIABILITY AND PROTECT THE PROPERTY FROM POTENTIAL HAZARDS.

## RISK MANAGEMENT AND COMPLIANCE

M. SHAPIRO REAL ESTATE GROUP IS COMMITTED TO PROVIDING PROFESSIONAL, RELIABLE, AND COMPREHENSIVE PROPERTY MANAGEMENT SERVICES. OUR EXPERIENCED TEAM, PROVEN STRATEGIES, AND INNOVATIVE TECHNOLOGY SOLUTIONS WILL ENSURE THAT THE PROPERTY IS MANAGED AND MAINTAINED TO THE HIGHEST STANDARDS.

## M.SHAPIRO
### REALESTATE GROUP

M.SHAPIRO
REAL ESTATE GROUP

UNPARALLELED KNOWLEDGE, EXPERTISE, AND RESOURCES TO ASSIST WITH OPERATIONAL EFFICIENCIES AND MAXIMIZING ASSET VALUE.